Patrick Coleman, appellee, v. Frank Firshing, appellant. Gen. No. 29,191.

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William J. Fulton, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Jay Fred Reeve, for appellant. Irving G. Zazove, for appellee; Morris K. Levinson, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Nellie A. McGinnis, appellant, v. Mae L. Riordan, appellee. Gen. No. 29,208.

Fraud. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924. Rehearing denied November 3, 1924.

T. P. Grant, for appellant. William Schwemm and Peden, Graydon, Kahn & Murphy, for appellee; Gerald Ryan, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Joseph Gaszka, appellee, v. Anton Shimos, appellant. Gen. No. 29,221.

Trespass on case for alienation of wife's affections. Order denying motion in nature of writ of error *coram nobis* to vacate judgment against defendant. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Joseph A. Ambrosius, for appellant; Joseph A. Peppets, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Moses Levitan, appellee, v. M. G. Wolf, appellant. Gen. No. 29,282.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed. Opinion filed October 20, 1924.

Jacob L. Levy, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Condé Nast & Company, trading as The Nast Publications, appellee, v. Dunn's Commercial Service, appellant. Gen. No. 29,319.

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Morris J. Drezner and Otto Baer, for appellant. Vose & Page, for appellee; Lee W. Carrier, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.